Taggart, Ins. Com., *v.* DeFillippo, Appellant.

Argued November 21, 1932.

Before Trexler, P. J., Keller, Gawthrop, Cunningham, Baldrige, Stadtfeld and Parker, JJ.

*Joseph G. McKeone,* and with him *Truman D. Wade,* for appellant.

*C. Raymond Young,* for appellee.

Opinion by Baldrige, J., March 3, 1933:

The issues involved are the same as in Taggart, Insurance Commissioner, v. Graham, No. 99, October Term, 1932, opinion filed this day, reported in 108 Pa. Superior Ct. 320.

For the reasons set forth therein, the order of the court in entering judgment for plaintiff for want of a sufficient affidavit of defense is reversed with a procedendo, and its order sustaining plaintiff's affidavit of defense in lieu of a demurrer to the counter-claim is affirmed.